UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH ELSHABROWY,<br><br>        Plaintiff,<br><br>vs.<br><br>ALI AWAD LAW, P.C., CEO LAWYER, LLC, ALI AWAD, individually, and AHMED AWAD, individually,<br><br>        Defendants. | Civ. No. _____ |

## DEFENDANTS' NOTICE OF REMOVAL

Pursuant to 28 U.S.C §§ 1332, 1441, and 1446, and Eastern District of New York Local Rule 81.1, Defendants Ali Awad Law, P.C., CEO Lawyer, LLC, Ali Awad, and Ahmed Awad (collectively, "Defendants") hereby remove this case to the United States District Court for the Eastern District of New York. The grounds for removal are as follows:

### I.   PROCEDURAL BACKGROUND

1. On or about December 2, 2025, Plaintiff Sarah Elshabrowy ("Plaintiff") filed a civil action in the Supreme Court of the State of New York, Queens County, which is captioned *Sarah Elshabrowy v. Ali Awad, P.C., CEO Lawyer, LLC, Ali Awad, and Ahmed Awad.*, Index # 736020/2025 (the "State Court Case").

2. On December 5, 2025, Defendants were served with a copy of the Summons and Complaint.

## II. THE COMPLAINT ALLEGATIONS

3. The Complaint alleges causes of action under the New York City Human Rights Law, N.Y.C. Admin. Code § 8-101 *et seq.*, the New York State Human Rights Law, N.Y. Exec. Law § 290 *et seq.*, and the Ending Forced Arbitration of Sexual Assault and Sexual Harassment Act, 9 U.S.C. § 401 – 402, as well as for defamation and intentional infliction of emotional distress. (Complaint, ¶¶ 9, 133 – 149.)

## III. DIVERSITY JURISDICTION

4. Plaintiff is an individual who resides in Queens County, New York and, upon information and belief, is a citizen of the State of New York. (Complaint, ¶ 10.)

5. Ali Awad Law, P.C. is a foreign corporation that was formed in Georgia with a principal place of business of 200 Peachtree Street NW, Suite 201, Atlanta, Georgia 30303. (Complaint ¶ 11; *see also*, Ali Awad Law, P.C. Annual Registration, attached hereto as **Exhibit A**.) Ali Awad Law, P.C. is not a citizen of any other state.

6. CEO Lawyer, LLC is a foreign limited liability company comprised of partner Ali Awad. CEO Lawyer, LLC was formed in the State of Georgia and maintains a principal place of business at 2615 George Busbee Parkway, Suite 11-337, Kennesaw, Georgia 30144. (Complaint ¶ 11; *see also*, CEO Lawyer, LLC Certificate of Organization, attached hereto as **Exhibit B**.) CEO Lawyer, LLC is not a citizen of any other state.

7. Ali Awad is an individual who is a citizen and resident of the State of Georgia. He does not maintain a residence in, and is not a citizen of, any other state. (Declaration of Ali Awad, attached hereto as **Exhibit C**.)

8. Ahmed Awad is an individual who is a citizen and resident of the State of Georgia. He does not maintain a residence in, and is not a citizen of, any other state. (Declaration of Ahmed Awad, attached hereto as **Exhibit D**.)

9. The Complaint seeks compensatory damages for lost wages, benefits, future pecuniary losses, emotional distress, humiliation, mental anguish, and medical expenses, and punitive damages. (Complaint, Prayer for Relief.)

10. Defendant CEO Lawyer, LLC d/b/a CEO Media employed Plaintiff from on or about August 12, 2024, through on or about October 2, 2025, at an average annual salary of $120,000. (Exhibit C, ¶ 12.)

11. The amount in controversy therefore exceeds $75,000.00. (Complaint, ¶ 8.)

12. This Court has original jurisdiction over the action because the parties are citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. 28 U.S.C. § 1332(a).

13. The United States District Court for the Eastern District of New York is the proper venue because it embraces the location where the State Court Case was filed. 28 U.S.C. § 1441.

14. This Notice of Removal is filed within 30 days of service of the Summons and Complaint and is therefore timely. 28 U.S.C. § 1446(b)(1).

15. A copy of all processes, pleadings and orders served on Defendant in the State Court Case are attached to this Notice of Removal as **Exhibit E**. 28 U.S.C. § 1446(a).

16. Defendants have provided written Notice of Removal to all parties in this action and have filed a copy of this Notice of Removal in the Supreme Court of New York, Queens County. 28 U.S.C. § 1446(d)

- 4 -

WHEREFORE, Defendants respectfully request that the above-described action pending in the Supreme Court of New York, Queens County, be removed to this Court.

This 5th day of January, 2026.

*s/Melissa J. Camire*
Melissa J. Camire
mcamire@fisherphillips.com
FISHER & PHILLIPS LLP
Times Square Tower
7 Times Square, Suite 4300
New York, NY 10036
Telephone: (212) 899-9965
Facsimile: (212) 956-1971

*Counsel for Defendants*

- 5 -

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

SARAH ELSHABROWY,

    Plaintiff,

vs.

ALI AWAD LAW, P.C., CEO LAWYER, LLC, ALI AWAD, individually, and AHMED AWAD, individually,

    Defendants.

Civ. No. _____

## CERTIFICATE OF SERVICE

    I certify that I have this 5th day of January, 2026, I served the foregoing Notice of Removal by First Class U.S. mail, postage pre-paid, upon the following:

        **Samy Harmoush, Esq.**
        **66 Hudson Boulevard East, 24th Floor**
        **New York, NY 1001**
        **samy@workersadvocate.law**

                      *s/Matthew R. Simpson*
                      Matthew R. Simpson
                      Georgia Bar No. 540260
                      FISHER PHILLIPS LLP